IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**,<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION**<br><br>and<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>Defendants. | Civil Action No. 18-cv-00345 (RJL) |

## JOINT MEET AND CONFER STATEMENT

The Reporters Committee for Freedom of the Press (the "Reporters Committee" or "Plaintiff") and the Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this Joint Meet and Confer Statement in accordance with Local Rule 16.3(b)(10) and this Court's March 23, 2018 Case Management Order, ECF No. 15.

**I.      Joint Statement of the Facts of the Case**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for declaratory, injunctive, and other appropriate relief. On December 5, 2017, the Reporters Committee submitted a FOIA request (the "Request") seeking certain "records concerning the FBI's practice of impersonating members of the news media," including The Associated Press ("AP"). Compl. ¶¶ 2, 10. The Request seeks six categories of records dated November 1, 2014 or later, *see* Compl., Ex. A.

1

The FBI acknowledged receipt of the Request on December 11, 2017, and assigned it tracking number 1391028-000.  Also on December 11, 2017, the FBI stated that "unusual circumstances" applied to the processing of the Request.  By letter dated January 23, 2018, the FBI stated that "additional FOIPA numbers were assigned to" the Request, and listed the "additional" tracking numbers as 1393556-000, 1393558-000, and 1393559-000.  As of the filing of Plaintiff's Complaint on February 14, 2018, Plaintiff had received no further information or communication from Defendants concerning the Request.

On March 9, 2018, the Reporters Committee filed a motion to consolidate the above-captioned case with an earlier-filed FOIA lawsuit, Civil Action No. 15-01392, in which the Reporters Committee and AP are plaintiffs.  ECF No. 11 (the "Motion to Consolidate").  Civil Action No. 15-01392 is currently pending before this Court, having been remanded by the U.S. Court of Appeals for the D.C. Circuit following a judgment issued by that Court on December 15, 2017.  Defendants filed an opposition to the Motion to Consolidate on March 23, 2018, and Plaintiff filed its reply on March 30, 2018.  ECF Nos. 14, 16.  The Motion to Consolidate is fully briefed and pending resolution by the Court.

**II.     Parties' Statement of the Statutory Basis for All Causes of Action and Defenses**

  a.  **Plaintiff's Statement of the Statutory Basis for its Causes of Action:** The Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), is the statutory basis for all of Plaintiff's causes of action.

  b.  **Defendants' Statement of the Statutory Basis for its Defenses:** To the extent Defendants locate records responsive to Plaintiff's Request that are subject to the FOIA, Defendants may assert that some of these records are exempt from disclosure under one or more FOIA exemptions, *see* 5 U.S.C. § 552(b).  Because

>Defendants have not completed their search and initial review for responsiveness, Defendants are not yet in a position to identify which FOIA exemptions they may assert.

### III. Summary of the Parties' Meet and Confer Discussions

On April 19, 2018, counsel for Plaintiff and the Defendants had an initial telephonic meet and confer discussion. During that call, Defendants' counsel informed Plaintiff's counsel that the FBI was conducting a search for documents responsive to the Request. Specifically, Defendants' counsel stated that on April 9, 2018, the FBI had instructed a number of components to search for records in response to Plaintiff's Request and the three earlier FOIA requests submitted by the Reporters Committee and the AP which are the subject of the earlier filed FOIA lawsuit currently on remand before this Court (Civil Action No. 15-01392). Defendants' counsel informed Plaintiff's counsel that the responses from these FBI components were due internally on April 23, 2018. Accordingly, counsel for the parties agreed to continue their meet and confer discussion on April 30, 2018.

On April 30, 2018, counsel for Plaintiff and Defendants again met and conferred by telephone. During that call, Defendants' counsel informed Plaintiff's counsel that he needed additional time to confer with the agency regarding the status of its search for responsive records. On May 1, 2018, counsel for Defendants contacted counsel for Plaintiff via e-mail to provide an update on the status of the FBI's search. Defendants' counsel stated that the FBI's FOIA unit has received potentially responsive records from nine of the 15 divisions or components to which the search request went out on April 9, 2018. Defendants' counsel also stated that of the remaining six divisions or components, several had requested additional time to complete their search for responsive records. Accordingly, Defendants' counsel proposed that Defendants continue their search and review efforts and that the parties file a further joint status report with the

Court within 30 days from the filing of this Meet and Confer Statement. As reflected below, Plaintiff agrees to that proposal.

 IV. **Discovery**

  a. **Plaintiff's Position Concerning Discovery:** No initial disclosures are needed. Plaintiff will evaluate its need for discovery, if any, after responsive documents are produced by Defendants.

  b. **Defendants' Position Concerning Discovery:** No discovery should be necessary in this case, as discovery is rarely appropriate in FOIA actions.

 V. **The Parties' Joint Proposal Regarding Scheduling**

The parties agree that this matter will likely be resolved on dispositive motions. At this time, the parties do not anticipate that an appearance before the Court will be necessary before briefing on dispositive motions is completed. As indicated above, Defendants have not yet completed their search for documents responsive to Plaintiff's Request. Accordingly, the parties propose that they file a further status report with the Court on June 1, 2018, by which time they anticipate that they will have additional information—including as to the number of potentially responsive records identified in the FBI's search, and the status of the FBI's review of those records—and will be in a position to meet and confer and propose a further scheduling order for this matter. Defendants will continue to search for and review records in response to Plaintiff's Request in the interim.

Dated: May 3, 2018

          Respectfully submitted,

          */s/ Katie Townsend*
          Katie Townsend
          DC Bar No. 1026155
          Adam A. Marshall

DC Bar No. 1029423
Jennifer A. Nelson
DC Bar No. 1011387
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone:  202.795.9300
Facsimile:  202.795.9310
Email:  ktownsend@rcfp.org

*Counsel for Plaintiff*
*The Reporters Committee*
*for Freedom of the Press*

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

*/s/ Joseph C. Dugan*
JOSEPH C. DUGAN
Trial Attorney
U.S. Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone:  (202) 514-3259
Fax:  (202) 616-8470
E-mail:  Joseph.Dugan@usdoj.gov

*Counsel for Defendants*