# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,** <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION** <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE,** <br><br> Defendants. | Civil Action No. 18-cv-00345 (RJL) |

## NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On January 21, 2019, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice, and the Department has now resumed its usual civil litigation functions. Undersigned defense counsel met and conferred with Plaintiff's counsel, and the parties agree that, consistent with the Court's Order, the parties' deadline for their next joint status report is February 22, 2019. The parties therefore will file a joint status report on or before that date.

Dated: January 28, 2019   Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Joseph C. Dugan*
JOSEPH C. DUGAN, OH #0093997
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Ste. 11212
Washington, D.C. 20005
Tel.: (202) 514-3259
Fax: (202) 616-8460
Email: joseph.dugan@usdoj.gov

*Attorneys for Defendants*
